# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CHARLES L. HAMNER,** | ) | **CASE NO. 4:05CV0581** |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **HOME DEPOT,** | ) | |
| | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

Upon representation of counsel that the above entitled cause of action has been settled between the parties,

**IT IS ORDERED** that the docket be marked, settled and dismissed, with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

 /s/ Peter C. Economus – March 31, 2006
 **PETER C. ECONOMUS**
 **UNITED STATES DISTRICT JUDGE**